# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00341-TCB
## USA v. Hines
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 11/30/2022.

TIME COURT COMMENCED: 1:52 P.M.
TIME COURT CONCLUDED: 2:06 P.M.     COURT REPORTER: Lori Burgess
TIME IN COURT: 00:14                DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Demetrius Hines Present at proceedings |
| ATTORNEY(S) PRESENT: | Norman Barnett representing USA<br>Sandra Michaels representing Demetrius Hines |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing; Order of Forfeiture |
| MINUTE TEXT: | Defendant sworn; signatures authenticated. Court questioned Dft thoroughly re his change of plea and finds that the guilty plea to Count 1 of the Information is knowingly, intelligently, and voluntarily made. Court accepts the plea and adjudges the Dft guilty. Sentencing set for March 8, 2023. |